# EXHIBIT A

Case: 1:21-cv-03228 Document #: 1-1 Filed: 06/16/21 Page 2 of 30 PageID #:17



<table>
<tr><td colspan="2" align="center">Case Information Summary for Case Number<br>2019-L-007023</td></tr>
</table>

| | |
|---|---|
| Filing Date: 06/25/2019 | Case Type: PERSONAL INJURY (SILICON IMPLANT) |
| Division: Law Division | District: First Municipal |
| Ad Damnum: $50000.00 | Calendar: E |

## Party Information

**Plaintiff(s)**      **Attorney(s)**

SALVAGE MICHAELYNN

RUBERRY STALMACK
GARVEY
10 S LASALLE #1800
CHICAGO IL, 60603
(312) 466-8050

**Defendant(s)**    **Defendant Date of Service**    **Attorney(s)**

LEONARD LU

MENTOR WORLDWIDE,
LLC

NEW HORIZONS CENTER
FOR C

## Case Activity

Activity Date: 06/25/2019      Participant: SALVAGE MICHAELYNN

PERSONAL INJURY (SILICON IMPLANT) COMPLAINT FILED

Court Fee: 368.00
Ad Damnum Amount: 50000.00

Attorney: RUBERRY STALMACK
GARVEY

Activity Date: 06/25/2019      Participant: SALVAGE MICHAELYNN

SUMMONS ISSUED AND RETURNABLE

Ad Damnum Amount: 50000.00

Attorney: RUBERRY STALMACK
GARVEY

Activity Date: 06/25/2019      Participant: SALVAGE MICHAELYNN

SUMMONS ISSUED AND RETURNABLE

Ad Damnum Amount: 50000.00

Attorney: RUBERRY STALMACK
GARVEY

Activity Date: 06/25/2019                              Participant: SALVAGE MICHAELYNN

SUMMONS ISSUED AND RETURNABLE

Ad Damnum Amount: 50000.00

Attorney: RUBERRY STALMACK
GARVEY

Activity Date: 09/05/2019                              Participant: SALVAGE MICHAELYNN

EXHIBITS FILED

Attorney: RUBERRY STALMACK
GARVEY

Activity Date: 09/05/2019                              Participant: SALVAGE MICHAELYNN

NOTICE FILED

Attorney: RUBERRY STALMACK
GARVEY

Activity Date: 09/05/2019                              Participant: SALVAGE MICHAELYNN

MOTION FILED

Attorney: RUBERRY STALMACK
GARVEY

Activity Date: 09/05/2019                              Participant: SALVAGE MICHAELYNN

MOTION SCHEDULED

Date: 09/17/2019
Court Time: 0900

Attorney: RUBERRY STALMACK
GARVEY

Activity Date: 09/13/2019                              Participant: SALVAGE MICHAELYN

ELECTRONIC NOTICE SENT

Attorney: RUBERRY STALMACK
GARVEY

Microfilm: LD000000000

Activity Date: 09/13/2019                              Participant: SALVAGE MICHAELYNN

CASE MANAGEMENT DATE GENERATED

Date: 11/07/2019
Court Time: 0900

Activity Date: 09/17/2019                    Participant: SALVAGE MICHAELYN

VOLUNTARY DISMISSAL W/LEAVE TO REFILE-ALLOWED

Judge: FLANAGAN, KATHY M

Back to Top

Please note: Neither the Circuit Court of Cook County nor the Clerk of the Circuit Court of Cook County warrants the accuracy, completeness, or the currency of this data. This data is not an official record of the Court or the Clerk and may not be represented as an official court record.

If data does not appear in a specific field, we likely do not have the responsive data in our master database.

Hearing Date: No hearing scheduled
Courtroom Number: No hearing scheduled
Location: No hearing scheduled Case Initiation                    (05/27/16) CCL 0520

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
## COUNTY DEPARTMENT, LAW DIVISION

MICHAELYNN SALVAGE

v.

MENTOR WORLDWIDE, LLC, a Foreign Corporation, et al.

FILED
6/25/2019 2:49 PM
DOROTHY BROWN
CIRCUIT CLERK
COOK COUNTY, IL
2019L007023

5547602

No. 2019L007023

FILED DATE: 6/25/2019 2:49 PM   2019L007023

### CIVIL ACTION COVER SHEET - CASE INITIATION

A Civil Action Cover Sheet - Case Initiation shall be filed with the complaint in all civil actions. The information contained herein is for administrative purposes only and cannot be introduced into evidence. Please check the box in front of the appropriate case type which best characterizes your action. Only one (1) case type may be checked with this cover sheet.

Jury Demand ❑ Yes ■ No

**(FILE STAMP)**

### PERSONAL INJURY/WRONGFUL DEATH

CASE TYPES:
- ❑ 027 Motor Vehicle
- ❑ 040 Medical Malpractice
- ❑ 047 Asbestos
- ❑ 048 Dram Shop
- ❑ 049 Product Liability
- ❑ 051 Construction Injuries
  (including Structural Work Act, Road
  Construction Injuries Act and negligence)
- ❑ 052 Railroad/FELA
- ❑ 053 Pediatric Lead Exposure
- ❑ 061 Other Personal Injury/Wrongful Death
- ❑ 063 Intentional Tort
- ❑ 064 Miscellaneous Statutory Action
  (Please Specify Below**)
- ❑ 065 Premises Liability
- ❑ 078 Fen-phen/Redux Litigation
- ■ 199 Silicone Implant

### TAX & MISCELLANEOUS REMEDIES

CASE TYPES:
- ❑ 007 Confessions of Judgment
- ❑ 008 Replevin
- ❑ 009 Tax
- ❑ 015 Condemnation
- ❑ 017 Detinue
- ❑ 029 Unemployment Compensation
- ❑ 031 Foreign Transcript
- ❑ 036 Administrative Review Action
- ❑ 085 Petition to Register Foreign Judgment
- ❑ 099 All Other Extraordinary Remedies

By: Craig Hoffman

(Attorney)                    (Pro Se)

### COMMERCIAL LITIGATION

CASE TYPES:
- ❑ 002 Breach of Contract
- ❑ 070 Professional Malpractice
  (other than legal or medical)
- ❑ 071 Fraud (other than legal or medical)
- ❑ 072 Consumer Fraud
- ❑ 073 Breach of Warranty
- ❑ 074 Statutory Action
  (Please specify below.**)
- ❑ 075 Other Commercial Litigation
  (Please specify below.**)
- ❑ 076 Retaliatory Discharge

### OTHER ACTIONS

CASE TYPES:
- ❑ 062 Property Damage
- ❑ 066 Legal Malpractice
- ❑ 077 Libel/Slander
- ❑ 079 Petition for Qualified Orders
- ❑ 084 Petition to Issue Subpoena
- ❑ 100 Petition for Discovery

** _____

Primary Email: craig.hoffman@ruberry-law.com

Secondary Email: ruberry.filing@ruberry-law.com

Tertiary Email: _____

**Pro Se Only:** ❑ I have read and agree to the terms of the *Clerk's Office Electronic Notice Policy* and choose to opt in to electronic notice form the **Clerk's Office** for this case at this email address: _____

## DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

Hearing Date: No hearing scheduled
Courtroom Number: No hearing scheduled
Location: No hearing scheduled

FILED
6/25/2019 2:49 PM
DOROTHY BROWN
CIRCUIT CLERK
COOK COUNTY, IL
2019L007023

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
## COUNTY DEPARTMENT – LAW DIVISION

| | | |
|---|---|---|
| MICHAELYNN SALVAGE, | ) | |
| | ) | |
| Plaintiff, | ) | No. 2019L007023 |
| | ) | |
| v. | ) | |
| | ) | |
| MENTOR WORLDWIDE, LLC, a Foreign | ) | |
| Corporation, NEW HORIZONS CENTER FOR | ) | |
| COSMETIC SURGERY, S.C., an Illinois | ) | |
| Corporation, and LEONARD LU, M.D., | ) | |
| individually and as agent, servant and/or | ) | |
| employee of NEW HORIZONS CENTER FOR | ) | |
| COSMETIC SURGERY, S.C., an Illinois | ) | |
| Corporation, | ) | |
| | ) | |
| Defendants. | ) | |

## COMPLAINT AT LAW

## COUNT I

### (Product Liability - Mentor Worldwide, LLC, a Foreign Corporation)

NOW COMES the Plaintiff, MICHAELYNN SALVAGE, by and through her attorneys,

**RUBERRY, STALMACK & GARVEY, LLC,** and complaining of the Defendants, MENTOR

WORLDWIDE, LLC, a Foreign Corporation (said entity hereinafter referred to as "Mentor"),

states as follows:

1.     In 2011 and at all times relevant herein, the Plaintiff was a resident of the City of Chicago,

County of Cook, State of Illinois.

2.     In 2011 and at all times relevant herein, the Defendant was a corporation that had a mailing

address in California, but it was incorporated in the State of Delaware.

1

FILED DATE: 6/25/2019 2:49 PM   2019L007023

3.   In 2011 and at all times relevant herein, the Defendant was licensed to conduct business the State of Illinois.

4.   In 2011 and at all times relevant herein, the Defendant did conduct business in the State of Illinois.

5.   In 2011 and at all times relevant herein, the Defendant did conduct business in the City of Chicago.

6.   In 2011 and at all times relevant herein, the Defendant was engaged in the business of breast implant manufacturing and sales throughout the City of Chicago, County of Cook, State of Illinois.

7.   In 2011 and at all times relevant herein, the Plaintiff received a consultation at New Horizons Center for Cosmetic Surgery, S.C. regarding breast implants.

8.   In 2011 and at all times relevant herein, the Plaintiff underwent a procedure where Mentor silicone breast implants were surgically inserted at New Horizons Center for Cosmetic Surgery, S.C.

9.   Said Mentor silicone breast implants were inserted in 2011 at New Horizons Center for Cosmetic Surgery, S.C. by Leonard Lu, M.D.

10.   Said Mentor silicone breast implants were inserted in Plaintiff throughout 2011, 2012, 2013, 2014, 2015, and 2016.

11.   Plaintiff began to experience numerous health issues and symptoms with respect to said Mentor silicone breast implants in 2017, including but not limited to joint pain, chronic fatigue syndrome, brain fog, temperature intolerance, dry skin, infections, headaches, breast pain, chest

FILED DATE: 6/25/2019 2:49 PM    2019L007023

pain, weight gain, autoimmune issues, and a disorder known as Breast Implant Illness, among other things.

12.     Said Mentor silicone breast implants were removed from Plaintiff on June 29, 2017 by Dr. Florence Mussat in Chicago, Illinois.

13.     Between 2011 and 2017 and at all times relevant herein, the Plaintiff had no notice or knowledge that said Mentor silicone breast implants were defective or would not work properly.

14.     From 2017 to the present, as a result of the Mentor silicone breast implants being defective and not working properly, the Plaintiff was caused to suffer serious and debilitating injuries, including but not limited to joint pain, chronic fatigue syndrome, brain fog, temperature intolerance, dry skin, infections, headaches, breast pain, chest pain, weight gain, autoimmune issues, and a disorder known as Breast Implant Illness, among other things.

15.     Prior to 2011 and at all times relevant herein, the Defendant had designed manufactured, and sold the silicone breast implants that were inserted into Plaintiff in 2011 at New Horizons Center for Cosmetic Surgery, S.C. by Leonard Lu, M.D.

16.     Prior to 2011 and at all times relevant herein, the Defendant owed a duty of care to the Plaintiff to exercise reasonable care and diligence to design, manufacture and sell the silicone breast implants in a reasonably safe condition.

17.     Prior to 2011 and at all times relevant herein, the Defendant owed a duty of care to the Plaintiff to design, manufacture and sell silicone breast implants which did not have a potential for harm beyond that which would be objectively contemplated by the ordinary user of the product.

FILED DATE: 6/25/2019 2:49 PM    2019L007023

18.    Prior to 2011 and at all times relevant herein, the Defendant owed a duty of care to the Plaintiff to design, manufacture and sell silicone breast implants which were not unreasonably dangerous and/or defective.

19.    Prior to 2011 and at all times relevant herein, the Defendant owed a duty of care to the Plaintiff to warn of known dangers, or dangers that ought to have been known.

20.    Prior to 2011 and at all times relevant herein, the Defendant owed a duty of care to the Plaintiff to ensure that the Plaintiff remained safe and did not become injured.

21.    In 2011 and at all times relevant herein, the Defendant breached the duty of care to the Plaintiff in the following ways:

a.    Failed to design, manufacture, and/or sell silicone breast implants that were in reasonably safe condition;

b.    Failed to design, manufacture, and/or sell silicone breast implants which did not have a potential for harm beyond that which would be objectively contemplated by the ordinary user of the product;

c.    Failed to design, manufacture, and/or sell silicone breast implants which were not unreasonably dangerous and/or defective;

d.    Failed to warn the Plaintiff of the dangers and risks of said silicone breast implants which either were known and/or which ought to have been known;

e.    Failed to offer the Plaintiff a reasonable alternative to the silicone breast implants;

22.    As a direct and proximate result of one or more of the foregoing acts and/or omissions of the Defendants as described above, the Plaintiff MICHAELYNN SALVAGE, was permanently injured and has suffered serious and debilitating injuries including but not limited to joint pain, chronic fatigue syndrome, brain fog, temperature intolerance, dry skin, infections, headaches, breast pain, chest pain, weight gain, autoimmune issues, and a disorder known as Breast Implant Illness, among other things; has required extensive medical treatment; has endured and will in the

4

future endure conscious pain and suffering; has become permanently disabled and disfigured; has suffered a loss of the enjoyment of a normal life; has suffered a loss of wages as a Chicago Police Officer; and has incurred and will incur in the future great sums for medical and rehabilitative services.

23.     Plaintiff's damages are in excess of Fifty Thousand Dollars ($50,000.00), the minimal jurisdictional amount of this Court.

WHEREFORE, the Plaintiff, MICHAELYNN SALVAGE, by and through her attorneys, RUBERRY, STALMACK & GARVEY, LLC, prays for judgment against the Defendant, MENTOR WORLDWIDE, LLC, a Foreign Corporation, in an amount in excess of Fifty Thousand Dollars ($50,000.00).

## COUNT II

### (Negligence - Mentor Worldwide, LLC, a Foreign Corporation)

NOW COMES the Plaintiff, MICHAELYNN SALVAGE, by and through her attorneys, **RUBERRY, STALMACK & GARVEY, LLC,** and complaining of the Defendants, MENTOR WORLDWIDE, LLC, a Foreign Corporation (said entity hereinafter referred to as "Mentor"), states as follows:

1-14    Plaintiff re-alleges and re-adopts paragraphs 1-14 of Count I of this Complaint as and for paragraphs 1-14 of Count II of this Complaint, in haec verba.

15.     Prior to 2011 and at all times relevant herein, the Defendant Mentor had designed manufactured, and sold the silicone breast implants that were inserted into Plaintiff in 2011 at New Horizons Center for Cosmetic Surgery, S.C. by Leonard Lu, M.D.

5

FILED DATE: 6/25/2019 2:49 PM   2019L007023

FILED DATE: 6/25/2019 2:49 PM 2019L007023

16.    Prior to 2011 and at all times relevant herein, the Defendant owed a duty of care to the Plaintiff to exercise reasonable care and diligence to design, manufacture and sell the silicone breast implants in a reasonably safe condition.

17.    Prior to 2011 and at all times relevant herein, the Defendant owed a duty of care to the Plaintiff to design, manufacture and sell silicone breast implants which did not have a potential for harm beyond that which would be objectively contemplated by the ordinary user of the product.

18.    Prior to 2011 and at all times relevant herein, the Defendant owed a duty of care to the Plaintiff to design, manufacture and sell silicone breast implants which were not unreasonably dangerous and/or defective.

19.    Prior to 2011 and at all times relevant herein, the Defendant owed a duty of care to the Plaintiff to warn of known dangers, or dangers that ought to have been known.

20.    Prior to 2011 and at all times relevant herein, the Defendant owed a duty of care to the Plaintiff to ensure that the Plaintiff remained safe and did not become injured.

21.    In 2011 and at all times relevant herein, the Defendant breached the duty of care to the Plaintiff in the following ways:

a.    Failed to design, manufacture, and/or sell silicone breast implants that were in reasonably safe condition;

b.    Failed to design, manufacture, and/or sell silicone breast implants which did not have a potential for harm beyond that which would be objectively contemplated by the ordinary user of the product;

c.    Failed to design, manufacture, and/or sell silicone breast implants which were not unreasonably dangerous and/or defective;

d.    Failed to warn the Plaintiff of the dangers and risks of said silicone breast implants which either were known and/or which ought to have been known;

6

FILED DATE: 6/25/2019 2:49 PM  2019L007023

e.    Failed to offer the Plaintiff a reasonable alternative to the silicone breast implants;

22.    As a direct and proximate result of one or more of the foregoing acts and/or omissions of the Defendants as described above, the Plaintiff MICHAELYNN SALVAGE, was permanently injured and has suffered serious and debilitating injuries including but not limited to joint pain, chronic fatigue syndrome, brain fog, temperature intolerance, dry skin, infections, headaches, breast pain, chest pain, weight gain, autoimmune issues, and a disorder known as Breast Implant Illness, among other things; has required extensive medical treatment; has endured and will in the future endure conscious pain and suffering; has become permanently disabled and disfigured; has suffered a loss of the enjoyment of a normal life; has suffered a loss of wages as a Chicago Police Officer; and has incurred and will incur in the future great sums for medical and rehabilitative services.

23.    Plaintiff's damages are in excess of Fifty Thousand Dollars ($50,000.00), the minimal jurisdictional amount of this Court.

24.    Plaintiff's attorney has filed herewith, an affidavit pursuant to the provisions of 735 ILCS 5/2-622 (a)(2) with respect to all Defendants.

WHEREFORE, the Plaintiff, MICHAELYNN SALVAGE, by and through her attorneys, RUBERRY, STALMACK & GARVEY, LLC, prays for judgment against the Defendant, MENTOR WORLDWIDE, LLC, a Foreign Corporation, in an amount in excess of Fifty Thousand Dollars ($50,000.00).

7

## COUNT III

### (Medical Negligence – New Horizons Center for Cosmetic Surgery, S.C., an Illinois Corporation and Leonard Lu, M.D., individually and as agent, servant and/or employee of New Horizons Center for Cosmetic Surgery, S.C., an Illinois Corporation)

NOW COMES the Plaintiff, MICHAELYNN SALVAGE, by and through her attorneys, **RUBERRY, STALMACK & GARVEY, LLC,** and complaining of the Defendants, NEW HORIZONS CENTER FOR COSMETIC SURGERY, S.C., an Illinois Corporation (said entity hereinafter referred to as "New Horizons"), and LEONARD LU, M.D., individually and as agent, servant, and/or employee of NEW HORIZONS CENTER FOR COSMETIC SURGERY, S.C., an Illinois Corporation (hereinafter referred to as "Lu"), states as follows:

1.      In 2011 and at all times relevant herein, the Plaintiff was a resident of the City of Chicago, County of Cook, State of Illinois.

2.      In 2011 and at all times relevant herein, the Defendant New Horizons was a corporation that was licensed to conduct business the State of Illinois.

3.      In 2011 and at all times relevant herein, the Defendant New Horizons did conduct business in the State of Illinois.

4.      In 2011 and at all times relevant herein, the Defendant New Horizons was engaged in the business of cosmetic surgery and medical procedures in the County of Cook, State of Illinois.

5.      In 2011 and at all times relevant herein, Defendant Lu was a duly licensed physician and was licensed to practice medicine in Illinois, holding himself out as a qualified practitioner of the medical arts and sciences, specializing in the field of cosmetic surgery.

FILED DATE: 6/25/2019 2:49 PM   2019L007023

8

FILED DATE: 6/25/2019 2:49 PM    2019L007023

6.      In 2011 and at all other times relevant herein, Defendant Lu was an agent, servant and/or employee of Defendant New Horizons.

7.      In 2011 and at all other times relevant herein, Defendant Lu was acting in his capacity as agent, servant and/or employee of New Horizons when he provided care and treatment to the Plaintiff.

8.      In 2011 and at all times relevant herein, any actions, inactions, deviations from the standard of care, and/or acts of negligence on the part of Defendant Lu were actions, inactions, deviations from the standard of care, and/or acts of negligence on the part of Defendant New Horizons.

9.      In 2011 and at all times relevant herein, the Plaintiff received a consultation at New Horizons regarding breast implants.

10.     In 2011 and at all times relevant herein, the Plaintiff underwent a procedure where Mentor silicone breast implants were surgically inserted at New Horizons.

11.     Said Mentor silicone breast implants were inserted in 2011 at New Horizons by Defendant Lu.

12.     Said Mentor silicone breast implants were inserted in Plaintiff throughout 2011, 2012, 2013, 2014, 2015, and 2016.

13.     Plaintiff began to experience numerous health issues and symptoms with respect to said Mentor silicone breast implants in 2017, including but not limited to joint pain, chronic fatigue syndrome, brain fog, temperature intolerance, dry skin, infections, headaches, breast pain, chest pain, weight gain, autoimmune issues, and a disorder known as Breast Implant Illness, among other things.

FILED DATE: 6/25/2019 2:49 PM   2019L007023

14.     Said Mentor silicone breast implants were removed from Plaintiff on June 29, 2017 by Dr. Florence Mussat in Chicago, Illinois.

15.     Between 2011 and 2017 and at all times relevant herein, the Plaintiff had no notice or knowledge that said Mentor silicone breast implants were inserted incorrectly or that said implants needed to be removed.

16.     From 2017 to the present, as a result of the Mentor silicone breast implants being inserted incorrectly and/or needing to be removed prior to June 29, 2017, the Plaintiff was caused to suffer serious and debilitating injuries, including but not limited to joint pain, chronic fatigue syndrome, brain fog, temperature intolerance, dry skin, infections, headaches, breast pain, chest pain, weight gain, autoimmune issues, and a disorder known as Breast Implant Illness, among other things.

17.     Prior to 2011 and at all times relevant herein, the Defendants New Horizons and Lu had a duty to treat all patients, including Plaintiff, in accordance with the accepted standards of care in the community.

18.     Prior to 2011 and at all times relevant herein, the Defendants New Horizons and Lu had a duty to exercise reasonable care in the medical treatment, examination, diagnosis, performance of medical exams, testing, and monitoring of all patients, including Plaintiff.

19.     In 2011 and at all times relevant herein, Plaintiff placed her trust and reliance in Defendants New Horizons and Lu for her complete care and well-being.

20.     Prior to June 29, 2017 and at all other times relevant herein, Defendants New Horizons and Lu should have reasonably anticipated the harm that patients such as Plaintiff may suffer due to

the incorrect insertion of the Mentor silicone breast implants and/or the implants needing to be

removed prior to June 29, 2017.

21. That notwithstanding the aforementioned duties, Defendants New Horizons and Lu

deviated from the accepted standards of care and negligently and carelessly committed one or more

of the following wrongful acts and/or omissions:

> a. Failed to properly insert and/or position the Mentor silicone breast implants in Plaintiff in 2011;
>
> b. Failed to properly monitor and treat the Plaintiff after the insertion of the Mentor silicone breast implants;
>
> c. Failed to timely diagnose Plaintiff with Breast Implant Illness prior to June 29, 2017;
>
> d. Failed to timely remove said Mentor silicone breast implants prior to June 29, 2017;
>
> e. Failed to warn the Plaintiff of the dangers and risks of said silicone breast implants which either were known and/or which ought to have been known;
>
> f. Failed to offer the Plaintiff a reasonable alternative to the silicone breast implants;

22. As a direct and proximate result of one or more of the foregoing acts and/or omissions of

the Defendants as described above, the Plaintiff MICHAELYNN SALVAGE, was permanently

injured and has suffered serious and debilitating injuries including but not limited to joint pain,

chronic fatigue syndrome, brain fog, temperature intolerance, dry skin, infections, headaches,

breast pain, chest pain, weight gain, autoimmune issues, and a disorder known as Breast Implant

Illness, among other things; has required extensive medical treatment; has endured and will in the

future endure conscious pain and suffering; has become permanently disabled and disfigured; has

suffered a loss of the enjoyment of a normal life; has suffered a loss of wages as a Chicago Police

FILED DATE: 6/25/2019 2:49 PM   2019L007023

FILED DATE: 6/25/2019 2:49 PM    2019L007023

Officer; and has incurred and will incur in the future great sums for medical and rehabilitative services.

23.     Plaintiff's damages are in excess of Fifty Thousand Dollars ($50,000.00), the minimal jurisdictional amount of this Court.

24.     Plaintiff's attorney has filed herewith, an affidavit pursuant to the provisions of 735 ILCS 5/2-622 (a)(2) with respect to all Defendants.

WHEREFORE, the Plaintiff, MICHAELYNN SALVAGE, by and through her attorneys, RUBERRY, STALMACK & GARVEY, LLC, prays for judgment against the Defendants, NEW HORIZONS CENTER FOR COSMETIC SURGERY, S.C., an Illinois Corporation, and LEONARD LU, M.D., individually and as agent, servant, and/or employee of NEW HORIZONS CENTER FOR COSMETIC SURGERY, S.C., an Illinois Corporation, in an amount in excess of Fifty Thousand Dollars ($50,000.00).

RUBERRY, STALMACK & GARVEY, LLC

By: _____

Craig A. Hoffman
Ruberry, Stalmack & Garvey, LLC
10 S. LaSalle St., Suite 1800
Chicago, Illinois 60603
Telephone - (312) 466-7219
Facsimile - (312) 466-8055

12

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT – LAW DIVISION

MICHAELYNN SALVAGE, )
)
    Plaintiff, )    No.
)
v. )
)
MENTOR WORLDWIDE, LLC, a Foreign )
Corporation, NEW HORIZONS CENTER FOR )
COSMETIC SURGERY, S.C., an Illinois )
Corporation, and LEONARD LU, M.D., )
individually and as agent, servant and/or )
employee of NEW HORIZONS CENTER FOR )
COSMETIC SURGERY, S.C., an Illinois )
Corporation, )
)
    Defendants. )

## AFFIDAVIT OF DAMAGES PURSUANT TO SUPREME COURT RULE 222(b)

    The undersigned being first duly sworn upon oath, deposes and states that he is the attorney
for the Plaintiff in the above titled cause of action seeking money damages and states that said
cause of action:

        _____    DOES NOT EXCEED $50,000.00

        \_\_X\_\_    DOES EXCEED $50,000.00

    Under penalties as provided by law pursuant to Section 735 ILCS 5/1-109 of the Illinois
Code of Civil Procedure, the undersigned certifies that the statements set forth in this instrument
are true and correct, except as to matters therein stated to be on information and belief and as to
such matters the undersigned certifies as aforesaid that he verily believes the same to be true.

        RUBERRY, STALMACK & GARVEY, LLC

        By: _____

Craig A. Hoffman
Ruberry, Stalmack & Garvey, LLC
10 S. LaSalle St., Suite 1800
Chicago, Illinois 60603
Telephone - (312) 466-7219
Facsimile - (312) 466-8055

13

FILED DATE: 6/25/2019 2:49 PM  2019L007023

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT – LAW DIVISION

|  |  |  |
|---|---|---|
| MICHAELYNN SALVAGE, | ) | |
| | ) | |
| Plaintiff, | ) | No. |
| | ) | |
| v. | ) | |
| | ) | |
| MENTOR WORLDWIDE, LLC, a Foreign | ) | |
| Corporation, NEW HORIZONS CENTER FOR | ) | |
| COSMETIC SURGERY, S.C., an Illinois | ) | |
| Corporation, and LEONARD LU, M.D., | ) . | |
| individually and as agent, servant and/or | ) | |
| employee of NEW HORIZONS CENTER FOR | ) | |
| COSMETIC SURGERY, S.C., an Illinois | ) | |
| Corporation, | ) | |
| | ) | |
| Defendants. | ) | |

**AFFIDAVIT**

I, Craig A. Hoffman, being first duly sworn on oath deposes and states as follows:

1.  That I was unable to obtain a consultation as required by 735 ILCS 5/2-622 (a) (1)
    because the statute of limitations would impair the action and the consultation
    required could not be obtained before the expiration of the statute of limitations.

FURTHER, affiant sayeth not.

Under penalties as provided by law pursuant to Section 735 ILCS 5/1-109 of the Illinois Code of
Civil Procedure, the undersigned certifies that the statements set forth in this instrument are true and
correct, except as to matters therein stated to be on information and belief and as to such matters the
undersigned certifies as aforesaid that he verily believes the same to be true.

Craig A. Hoffman

Craig A. Hoffman
Ruberry, Stalmack & Garvey, LLC
10 S. LaSalle St., Suite 1800
Chicago, Illinois 60603
Telephone - (312) 466-7219
Facsimile - (312) 466-8055

FILED DATE: 6/25/2019 2:49 PM 2019L007023

FILED DATE: 6/25/2019 2:49 PM   2019L007023

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
## COUNTY DEPARTMENT – LAW DIVISION

| | | |
|---|---|---|
| MICHAELYNN SALVAGE, | ) | |
| | ) | |
| Plaintiff, | ) | No. |
| | ) | |
| v. | ) | |
| | ) | |
| MENTOR WORLDWIDE, LLC, a Foreign | ) | |
| Corporation, NEW HORIZONS CENTER FOR | ) | |
| COSMETIC SURGERY, S.C., an Illinois | ) | |
| Corporation, and LEONARD LU, M.D., | ) | |
| individually and as agent, servant and/or | ) | |
| employee of NEW HORIZONS CENTER FOR | ) | |
| COSMETIC SURGERY, S.C., an Illinois | ) | |
| Corporation, | ) | |
| | ) | |
| Defendants. | ) | |

### AFFIDAVIT OF DAMAGES PURSUANT TO SUPREME COURT RULE 222(b)

The undersigned being first duly sworn upon oath, deposes and states that he is the attorney for the Plaintiff in the above titled cause of action seeking money damages and states that said cause of action:

_____   DOES NOT EXCEED $50,000.00

\_\_X\_\_   DOES EXCEED $50,000.00

Under penalties as provided by law pursuant to Section 735 ILCS 5/1-109 of the Illinois Code of Civil Procedure, the undersigned certifies that the statements set forth in this instrument are true and correct, except as to matters therein stated to be on information and belief and as to such matters the undersigned certifies as aforesaid that he verily believes the same to be true.

RUBERRY, STALMACK & GARVEY, LLC

By: _____

Craig A. Hoffman
Ruberry, Stalmack & Garvey, LLC
10 S. LaSalle St., Suite 1800
Chicago, Illinois 60603
Telephone - (312) 466-7219
Facsimile - (312) 466-8055

13

**IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**
**COUNTY DEPARTMENT – LAW DIVISION**

MICHAELYNN SALVAGE,                                    )
                                                       )
      Plaintiff,                                 )   No.
                                                       )
v.                                                     )
                                                       )
MENTOR WORLDWIDE, LLC, a Foreign                       )
Corporation, NEW HORIZONS CENTER FOR                   )
COSMETIC SURGERY, S.C., an Illinois                    )
Corporation, and LEONARD LU, M.D.,                     )
individually and as agent, servant and/or              )
employee of NEW HORIZONS CENTER FOR                    )
COSMETIC SURGERY, S.C., an Illinois                    )
Corporation,                                           )
                                                       )
      Defendants.                                )

FILED DATE: 6/25/2019 2:49 PM  2019L007023

## AFFIDAVIT

I, Craig A. Hoffman, being first duly sworn on oath deposes and states as follows:

1. That I was unable to obtain a consultation as required by 735 ILCS 5/2-622 (a) (1) because the statute of limitations would impair the action and the consultation required could not be obtained before the expiration of the statute of limitations.

    FURTHER, affiant sayeth not.

Under penalties as provided by law pursuant to Section 735 ILCS 5/1-109 of the Illinois Code of Civil Procedure, the undersigned certifies that the statements set forth in this instrument are true and correct, except as to matters therein stated to be on information and belief and as to such matters the undersigned certifies as aforesaid that he verily believes the same to be true.

_____
Craig A. Hoffman

Craig A. Hoffman
Ruberry, Stalmack & Garvey, LLC
10 S. LaSalle St., Suite 1800
Chicago, Illinois 60603
Telephone - (312) 466-7219
Facsimile - (312) 466-8055

Hearing Date: No hearing scheduled
Courtroom Number: No hearing scheduled
Location: No hearing scheduled

FILED
6/25/2019 2:49 PM
DOROTHY BROWN
CIRCUIT CLERK
COOK COUNTY, IL
2019L007023

5547602

FILED DATE: 6/25/2019 2:49 PM    2019L007023

| | |
|---|---|
| 2120 - Served | 2121 - Served |
| 2220 - Not Served | 2221 - Not Served |
| 2320 - Served By Mail | 2321 - Served By Mail |
| 2420 - Served By Publication | 2421 - Served By Publication |
| Summons - Alias Summons | |

(08/01/18) CCG 0001 A

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

MICHAELYNN SALVAGE

(Name all parties)

v.

MENTOR WORLDWIDE, LLC et al.

Case No. 2019L007023

☑ **SUMMONS**   ☐ **ALIAS SUMMONS**

Please serve:
LEONARD LU, M.D.
230 Center Dr.
Suite 101
Vernon Hills, IL 60061

To each Defendant:

YOU ARE SUMMONED and required to file an answer to the complaint in this case, a copy of which is hereto attached, or otherwise file your appearance and pay the required fee **within thirty (30) days after service of this Summons**, not counting the day of service. To file your answer or appearance you need access to the internet. Please visit www.cookcountyclerkofcourt.org to initiate this process. Kiosks with internet access are available at all Clerk's Office locations. Please refer to the last page of this document for location information.

**If you fail to do so, a judgment by default may be entered against you for the relief requested in the complaint.**

To the Officer:

This Summons must be returned by the officer or other person to whom it was given for service, with endorsement of service and fees, if any, immediately after service. If service cannot be made, this Summons shall be returned so endorsed. This Summons may not be served later than thirty (30) days after its date.

**Summons - Alias Summons**        **(08/01/18) CCG 0001 B**

E-filing is now mandatory for documents in civil cases with limited exemptions. To e-file, you must first create an account with an e-filing service provider. Visit http://efile.illinoiscourts.gov/service-providers.htm to learn more and to select a service provider. If you need additional help or have trouble e-filing, visit http://www.illinoiscourts.gov/FAQ/gethelp.asp, or talk with your local circuit clerk's office. 6/25/2019 2:49 PM DOROTHY BROWN

Atty. No.: 48602

Witness: _____

Atty Name: Craig Hoffman

Atty. for: Plaintiff

_____
DOROTHY BROWN, Clerk of Court

Address: 10 S. LaSalle St., Suite 1800

City: Chicago

Date of Service: _____
(To be inserted by officer on copy left with
Defendant or other person):

State: IL    Zip: 60603

Telephone: 312-466-8050

Primary Email: craig.hoffman@ruberry-law.com

FILED DATE: 6/25/2019 2:49 PM 2019L007023

## CLERK OF THE CIRCUIT COURT OF COOK COUNTY OFFICE LOCATIONS

FILED DATE: 6/25/2019 2:49 PM   2019L007023

○ Richard J Daley Center
50 W Washington
Chicago, IL 60602

○ District 2 - Skokie
5600 Old Orchard Rd
Skokie, IL 60077

○ District 3 - Rolling Meadows
2121 Euclid
Rolling Meadows, IL 60008

○ District 4 - Maywood
1500 Maybrook Ave
Maywood, IL 60153

○ District 5 - Bridgeview
10220 S 76th Ave
Bridgeview, IL 60455

○ District 6 - Markham
16501 S Kedzie Pkwy
Markham, IL 60428

○ Domestic Violence Court
555 W Harrison
Chicago, IL 60607

○ Juvenile Center Building
2245 W Ogden Ave, Rm 13
Chicago, IL 60602

○ Criminal Court Building
2650 S California Ave, Rm 526
Chicago, IL 60608

### Daley Center Divisions/Departments

○ Civil Division
Richard J Daley Center
50 W Washington, Rm 601
Chicago, IL 60602
Hours: 8:30 am - 4:30 pm

○ Chancery Division
Richard J Daley Center
50 W Washington, Rm 802
Chicago, IL 60602
Hours: 8:30 am - 4:30 pm

○ Domestic Relations Division
Richard J Daley Center
50 W Washington, Rm 802
Chicago, IL 60602
Hours: 8:30 am - 4:30 pm

○ Civil Appeals
Richard J Daley Center
50 W Washington, Rm 801
Chicago, IL 60602
Hours: 8:30 am - 4:30 pm

○ Criminal Department
Richard J Daley Center
50 W Washington, Rm 1006
Chicago, IL 60602
Hours: 8:30 am - 4:30 pm

○ County Division
Richard J Daley Center
50 W Washington, Rm 1202
Chicago, IL 60602
Hours: 8:30 am - 4:30 pm

○ Probate Division
Richard J Daley Center
50 W Washington, Rm 1202
Chicago, IL 60602
Hours: 8:30 am - 4:30 pm

◉ Law Division
Richard J Daley Center
50 W Washington, Rm 801
Chicago, IL 60602
Hours: 8:30 am - 4:30 pm

○ Traffic Division
Richard J Daley Center
50 W Washington, Lower Level
Chicago, IL 60602
Hours: 8:30 am - 4:30 pm

Hearing Date: No hearing scheduled
Courtroom Number: No hearing scheduled
Location: No hearing scheduled

FILED
6/25/2019 2:49 PM
DOROTHY BROWN
CIRCUIT CLERK
COOK COUNTY, IL
2019L007023

5547602

FILED DATE: 6/25/2019 2:49 PM  2019L007023

| | |
|---|---|
| **2120 - Served** | **2121 - Served** |
| **2220 - Not Served** | **2221 - Not Served** |
| **2320 - Served By Mail** | **2321 - Served By Mail** |
| **2420 - Served By Publication** | **2421 - Served By Publication** |
| **Summons - Alias Summons** | **(08/01/18) CCG 0001 A** |

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

MICHAELYNN SALVAGE

(Name all parties)

v.

MENTOR WORLDWIDE, LLC et al.

Case No. 2019L007023

☑ **SUMMONS**  ☐ **ALIAS SUMMONS**

Please serve: New Horizons Center for Cosmetic Surgery, S.C.
R/A - C T Corporation System
208 S. LaSalle St., Suite 814
Chicago, IL 60604

To each Defendant:

YOU ARE SUMMONED and required to file an answer to the complaint in this case, a copy of which is hereto attached, or otherwise file your appearance and pay the required fee **within thirty (30) days after service of this Summons**, not counting the day of service. To file your answer or appearance you need access to the internet. Please visit www.cookcountyclerkofcourt.org to initiate this process. Kiosks with internet access are available at all Clerk's Office locations. Please refer to the last page of this document for location information.

**If you fail to do so, a judgment by default may be entered against you for the relief requested in the complaint.**

To the Officer:

This Summons must be returned by the officer or other person to whom it was given for service, with endorsement of service and fees, if any, immediately after service. If service cannot be made, this Summons shall be returned so endorsed. This Summons may not be served later than thirty (30) days after its date.

**Dorothy Brown, Clerk of the Circuit Court of Cook County, Illinois**
cookcountyclerkofcourt.org
Page 1 of 3

**Summons - Alias Summons**       **(08/01/18) CCG 0001 B**

E-filing is now mandatory for documents in civil cases with limited exemptions. To e-file, you must first create an account with an e-filing service provider. Visit http://efile.illinoiscourts.gov/service-providers.htm to learn more and to select a service provider. If you need additional help or have trouble e-filing, visit http://www.illinoiscourts.gov/FAQ/gethelp.asp, or talk with your local circuit clerk's office.

6/25/2019 2:49 PM DOROTHY BROWN

Atty. No.: 48602

Witness: _____

Atty Name: Craig Hoffman

Atty. for: Plaintiff

DOROTHY BROWN, Clerk of Court

Address: 10 S. LaSalle St., Suite 1800

City: Chicago

Date of Service: _____

State: IL  Zip: 60603

(To be inserted by officer on copy left with Defendant or other person):

Telephone: 312-466-8050

Primary Email: craig.hoffman@ruberry-law.com

FILED DATE: 6/25/2019 2:49 PM  2019L007023

## CLERK OF THE CIRCUIT COURT OF COOK COUNTY OFFICE LOCATIONS

○ Richard J Daley Center
50 W Washington
Chicago, IL 60602

○ District 2 - Skokie
5600 Old Orchard Rd
Skokie, IL 60077

○ District 3 - Rolling Meadows
2121 Euclid
Rolling Meadows, IL 60008

○ District 4 - Maywood
1500 Maybrook Ave
Maywood, IL 60153

○ District 5 - Bridgeview
10220 S 76th Ave
Bridgeview, IL 60455

○ District 6 - Markham
16501 S Kedzie Pkwy
Markham, IL 60428

○ Domestic Violence Court
555 W Harrison
Chicago, IL 60607

○ Juvenile Center Building
2245 W Ogden Ave, Rm 13
Chicago, IL 60602

○ Criminal Court Building
2650 S California Ave, Rm 526
Chicago, IL 60608

### Daley Center Divisions/Departments

○ Civil Division
Richard J Daley Center
50 W Washington, Rm 601
Chicago, IL 60602
Hours:  8:30 am - 4:30 pm

○ Chancery Division
Richard J Daley Center
50 W Washington, Rm 802
Chicago, IL 60602
Hours:  8:30 am - 4:30 pm

○ Domestic Relations Division
Richard J Daley Center
50 W Washington, Rm 802
Chicago, IL 60602
Hours:  8:30 am - 4:30 pm

○ Civil Appeals
Richard J Daley Center
50 W Washington, Rm 801
Chicago, IL 60602
Hours:  8:30 am - 4:30 pm

○ Criminal Department
Richard J Daley Center
50 W Washington, Rm 1006
Chicago, IL 60602
Hours:  8:30 am - 4:30 pm

○ County Division
Richard J Daley Center
50 W Washington, Rm 1202
Chicago, IL 60602
Hours:  8:30 am - 4:30 pm

○ Probate Division
Richard J Daley Center
50 W Washington, Rm 1202
Chicago, IL 60602
Hours:  8:30 am - 4:30 pm

◉ Law Division
Richard J Daley Center
50 W Washington, Rm 801
Chicago, IL 60602
Hours:  8:30 am - 4:30 pm

○ Traffic Division
Richard J Daley Center
50 W Washington, Lower Level
Chicago, IL 60602
Hours:  8:30 am - 4:30 pm

**Dorothy Brown, Clerk of the Circuit Court of Cook County, Illinois**
cookcountyclerkofcourt.org

Hearing Date: No hearing scheduled
Courtroom Number: No hearing scheduled
Location: No hearing scheduled

FILED
6/25/2019 2:49 PM
DOROTHY BROWN
CIRCUIT CLERK
COOK COUNTY, IL
2019L007023

5547602

FILED DATE: 6/25/2019 2:49 PM   2019L007023

2120 - Served                           2121 - Served
2220 - Not Served                   2221 - Not Served
2320 - Served By Mail             2321 - Served By Mail
2420 - Served By Publication   2421 - Served By Publication
Summons - Alias Summons                           (08/01/18) CCG 0001 A

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

MICHAELYNN SALVAGE

(Name all parties)          Case No. 2019L007023

v.

MENTOR WORLDWIDE, LLC et al.

Please serve:
MENTOR WORLDWIDE, LLC

☑ **SUMMONS**   ☐ **ALIAS SUMMONS**      R/A - C T Corporation System
208 S. LaSalle St., Suite 814
Chicago, IL 60604

To each Defendant:

YOU ARE SUMMONED and required to file an answer to the complaint in this case, a copy of which is hereto attached, or otherwise file your appearance and pay the required fee **within thirty (30) days after service of this Summons**, not counting the day of service. To file your answer or appearance you need access to the internet. Please visit www.cookcountyclerkofcourt.org to initiate this process. Kiosks with internet access are available at all Clerk's Office locations. Please refer to the last page of this document for location information.

**If you fail to do so, a judgment by default may be entered against you for the relief requested in the complaint.**

To the Officer:

This Summons must be returned by the officer or other person to whom it was given for service, with endorsement of service and fees, if any, immediately after service. If service cannot be made, this Summons shall be returned so endorsed. This Summons may not be served later than thirty (30) days after its date.

**Summons - Alias Summons**                     **(08/01/18) CCG 0001 B**

E-filing is now mandatory for documents in civil cases with limited exemptions. To e-file, you must first
create an account with an e-filing service provider. Visit http://efile.illinoiscourts.gov/service-providers.htm
to learn more and to select a service provider. If you need additional help or have trouble e-filing, visit http://
www.illinoiscourts.gov/FAQ/gethelp.asp, or talk with your local circuit clerk's office. 6/25/2019 2:49 PM DOROTHY BROWN

Atty. No.: 48602

Atty Name: Craig Hoffman

Atty. for: Plaintiff

Address: 10 S. LaSalle St., Suite 1800

City: Chicago

State: IL     Zip: 60603

Telephone: 312-466-8050

Primary Email: craig.hoffman@ruberry-law.com

Witness: _____

DOROTHY BROWN, Clerk of Court

Date of Service: _____
(To be inserted by officer on copy left with
Defendant or other person):

FILED DATE: 6/25/2019 2:49 PM 2019L007023

## CLERK OF THE CIRCUIT COURT OF COOK COUNTY OFFICE LOCATIONS

FILED DATE: 6/25/2019 2:49 PM 2019.007023

○ Richard J Daley Center
50 W Washington
Chicago, IL 60602

○ District 2 - Skokie
5600 Old Orchard Rd
Skokie, IL 60077

○ District 3 - Rolling Meadows
2121 Euclid
Rolling Meadows, IL 60008

○ District 4 - Maywood
1500 Maybrook Ave
Maywood, IL 60153

○ District 5 - Bridgeview
10220 S 76th Ave
Bridgeview, IL 60455

○ District 6 - Markham
16501 S Kedzie Pkwy
Markham, IL 60428

○ Domestic Violence Court
555 W Harrison
Chicago, IL 60607

○ Juvenile Center Building
2245 W Ogden Ave, Rm 13
Chicago, IL 60602

○ Criminal Court Building
2650 S California Ave, Rm 526
Chicago, IL 60608

### Daley Center Divisions/Departments

○ Civil Division
Richard J Daley Center
50 W Washington, Rm 601
Chicago, IL 60602
Hours: 8:30 am - 4:30 pm

○ Chancery Division
Richard J Daley Center
50 W Washington, Rm 802
Chicago, IL 60602
Hours: 8:30 am - 4:30 pm

○ Domestic Relations Division
Richard J Daley Center
50 W Washington, Rm 802
Chicago, IL 60602
Hours: 8:30 am - 4:30 pm

○ Civil Appeals
Richard J Daley Center
50 W Washington, Rm 801
Chicago, IL 60602
Hours: 8:30 am - 4:30 pm

○ Criminal Department
Richard J Daley Center
50 W Washington, Rm 1006
Chicago, IL 60602
Hours: 8:30 am - 4:30 pm

○ County Division
Richard J Daley Center
50 W Washington, Rm 1202
Chicago, IL 60602
Hours: 8:30 am - 4:30 pm

○ Probate Division
Richard J Daley Center
50 W Washington, Rm 1202
Chicago, IL 60602
Hours: 8:30 am - 4:30 pm

◉ Law Division
Richard J Daley Center
50 W Washington, Rm 801
Chicago, IL 60602
Hours: 8:30 am - 4:30 pm

○ Traffic Division
Richard J Daley Center
50 W Washington, Lower Level
Chicago, IL 60602
Hours: 8:30 am - 4:30 pm

**Dorothy Brown, Clerk of the Circuit Court of Cook County, Illinois**
cookcountyclerkofcourt.org